GEORGE H. TOUSEY, Respondent, *v.* OSCAR B. BERGSTROM, Appellant.

Reported below, 122 App. Div. 923.
(Argued March 30, 1908; decided April 7, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1908, affirming a judgment in favor

of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the exceptions are frivolous and the appeal taken for purposes of delay.

*John H. Hazelton* for motion.

*A. L. Norman* opposed.

Motion denied, with ten dollars costs.